IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRANIH ERNAY, ADRIAN ERNAY, WENDELL WESLEY, OTIS RAGLAND, LINDA FAUST, WILLIAM CHRISTY, A Minor By and Through His Natural Parent Guardian Linda Faust, DENASIA CHRISTY, A Minor By and Through Her Natural Parent and Guardian Linda Faust<br>    Plaintiffs,<br><br>v.<br><br>CHRIS SWATSKI, JOHN DOE #1 THROUGH #6<br>    Defendants. | CIVIL ACTION<br><br>NO. 10-1035 |

**O R D E R**

**AND NOW**, this 23rd day of June, 2010, upon consideration of Defendant Chris Swatski's Motion To Dismiss In Part (Document No. 2, filed April 7, 2010); and Plaintiffs' Reply To Defendant Swatski's Motion To Dismiss In Part (Document No. 3, filed April 21, 2010), **IT IS ORDERED** that defendant Swatski's Motion To Dismiss In Part is **GRANTED IN PART AND DENIED IN PART**, as follows:

    a. The part of defendant's motion which seeks a dismissal of claims against Defendant Swatski in his official capacity is **GRANTED** and those claims are **DISMISSED WITH PREJUDICE**;

    b. The part of defendant's motion which seeks a dismissal of claims asserted by minor plaintiffs William Christy and Denasia Christy in Count One of the Complaint is **GRANTED**

**WITHOUT PREJUDICE** to plaintiffs' right to file an Amended Complaint within twenty days if warranted by the facts;

    c. The part of defendant's motion which seeks a dismissal of plaintiffs' state law claim is **MARKED WITHDRAWN** by agreement of the parties; and

    d. The part of defendant's motion which seeks a dismissal of the excessive force claim in Count Three is **DENIED WITHOUT PREJUDICE** to defendant's right to assert the defense of qualified immunity, and any other appropriate defense, after relevant discovery by summary judgment motion and/or at trial.

    **IT IS FURTHER ORDERED** that a scheduling conference shall be conducted in due course;

    **IT IS FURTHER ORDERED** that the caption of this case shall be amended to delete reference to plaintiffs William Christy and Denasia Christy.

                                       BY THE COURT:

                                       /s/ Hon. Jan E. DuBois
                                      **JAN E. DUBOIS, J.**